UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: Hussein M. Moussa

CHAPTER 13
CASE NO. 12-54346
JUDGE: Shapero

Debtor.
_____/

## Debtor's Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

_x_ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

Trustee: Plan fails to increase funding upon completion of obligation to GM
Debtor: is provided for in the plan.
Trustee: Based upon Means Test plan must run 60 months
Debtor: In OCP
Creditor Boumelhem: Believes she should be paid 100%
Debtor: Based upon the increase in length the OCP provides all creditors to receive 100%

/s/ Morris B. Lefkowitz
Morris B. Lefkowitz (P31335)
Attorney for debtor
24100 Southfield Rd., Suite 203
Southfield, MI 48075
248-559-0180
Mbl44@aol.com

9/4/2012